E. LOUISA BROWN, as Administratrix of WILL A. BROWN, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Brown* v. *N. Y. C. & H. R. R. R. Co.*, 42 App. Div. 548, affirmed.
(Argued March 26, 1901; decided April 6, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

August 3, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frank Hiscock* for appellant.

*William S. Jenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, LANDON, CULLEN and WERNER, JJ. Not sitting: GRAY, J. Not voting: HAIGHT, J.